UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ADAN ZAMORA LUNA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 1:26-cv-12190-JEK |

## STATUS REPORT

Pursuant to this Court's Order, Docket at 15, Petitioner was released from custody on the evening of June 29, 2026, at approximately 6:53 pm.  The Court's Order was issued at 1:43 pm and was relayed to Immigration and Customs Enforcement ("ICE") at 2:29 pm.

ICE detainees must be released from ICE offices in Burlington, MA.  At the time the Court issued the Order, Petitioner was being held in Plymouth County.  Based on information provided by ICE, when ICE received the Order, a team left Burlington to pick up the Petitioner without delay.  Due to the route they had to drive and the heavy traffic at that time of the day, the team was delayed getting Petitioner back to Burlington and Petitioner's release was 53 minutes late.

Respondents would respectfully request that, if the Court is inclined to order the release of similarly situated petitioners in the future, the Court consider giving Respondents slightly more lead time, ideally 12 to 24 hours, which would allow ICE agents to transport petitioners during times of lighter traffic.  That would make transportation safer for agents and petitioners and would reduce the likelihood that a petitioner is released after the deadline set by the Court.

Dated: June 30, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3183
Benjamin.Tolkoff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on June 30, 2026.

*/s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant U.S. Attorney

2